# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name __HILTON MICHAEL__

Address __414 S. DEMING ST. SANTA ANA, CA- 92704__

Telephone __714 775-1456__

☐ Attorney for Debtor(s)
☒ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 6 years): MIODRAG DOKOVICH | Case No.: |
| --- | --- |
| | Chapter: 13 |

```
02/25/2004   **FILED**   14:28
SA04-11211JB
DEBTOR:
  HILTON, MICHAEL
JUDGE: HON. J. BARR - 408
TRUSTEE: COHA   CH: 13 (INCOMPLETE)
341A MTG: 04/13/2004 09:00 SA5
ADR: RM 1-154 411 W. FOURTH ST., SA
CONF. HRG: 04/27/2004 01:30
411 W. FOURTH ST., CRTRM: 6D

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 216
RECEIPT NO: SA-001780   $ 194.00
```

## VERIFICATION OF CREDITOR MAILIN

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __1__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: __02-24-04__                        _____
                                          Debtor

_____                    _____
Attorney (if applicable)                  Joint Debtor