| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ANH Q.D. NGUYEN, ESQ., SBN 176255<br>LAW OFFICES OF ANH NGUYEN & ASSOCIATES<br>15622 BROOKHURST STREET<br>WESTMINSTER, CA 92683<br>714-531-8181<br>714-531-9397<br>☐ Individual appearing without counsel<br>☒ Attorney for: HAO SON | **FILED** MAR 2 3 2004 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk<br><br>**ENTERED** MAR 2 4 2004 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: MICHAEL HILTON | CHAPTER: 13<br>CASE NO.: SA04-11211JB |
|---|---|
| Debtor(s). | DATE: 03/23/04<br>TIME: 10:00 AM<br>CTRM: 6D<br>FLOOR: 6TH FLOOR |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY
## UNDER 11 U.S.C. § 362
### (Unlawful Detainer)

(MOVANT: HAO SON )

1. The Motion was: ☐ Contested ☒ Uncontested ☐ Settled by Stipulation

2. The street address of the residential property (the "Property") to which this Order applies is as follows *(specify)*:
   Street: 414 S. DEMING STREET
   Apartment/Suite no.:
   City, State, Zip Code: SANTA ANA, CA 92704

3. The Court orders that the Stay Motion is granted under 11 U.S.C. § 362(d)(1) and (d)(2). The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable, (the "Stay") is/are terminated as to Debtor and Debtor's bankruptcy estate with respect to Movant, its successors, transferees and assigns ("Movant"). Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate, except by filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

4. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

5. The Court further orders as follows:
   a. ☐ Movant shall not cause the Debtor(s) to be locked out before the following date *(specify)*:
   b. ☒ The Stay is annulled retroactive to the petition date. Any post-petition acts taken by Movant to enforce its remedies to obtain possession of the Property shall not constitute a violation of the Stay.
   c. ☐ This Order shall be binding and effective in any bankruptcy case commenced by or against the above-named Debtor(s) for a period of 180 days from the date of entry of this Order.
   d. ☐ All provisions of this Order also apply to relief from the co-debtor stay under 11 U.S.C. § 1201 or § 1301, as applicable to the above-named co-debtor.
   e. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   f. ☐ See Extraordinary Relief Attachment *(Use Optional Form 351ER)* for additional provisions
   g. ☐ Other *(See attached page)*:

Dated: MAR 23 2004

_____
United States Bankruptcy Judge

Scanned By:

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
Revised November 1999

**351UD**

| In re<br>MICHAEL HILTON | (SHORT TITLE)<br><br>Debtor(s). | CHAPTER: 13<br>CASE NO.:<br>SA04-11211JB |
|---|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (in whole or in part) was entered on *(specify date)*: **MAR 24 2004**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*: **MAR 24 2004**

Dated: **MAR 24 2004**

Jon D. Ceretto
Clerk of the Bankruptcy Court

By: *Denise M. Bustillos*
Deputy Clerk

# SERVICE LIST

In Re: Michael Hilton
Chapter 13
Case No. SA04-11211JB

Amrane Cohen                                          Bankruptcy Trustee
770 The City Drive South #7400
Orange, CA 92868

Michael Hilton                                        Debtor/In pro per
414 S. Deming Street
Santa Ana, CA 92704

Hao Son                                               Movant
c/o Law Offices of Anh Nguyen & Associates
15622 Brookhurst Street
Westminster, CA 92683

SERVICE LIST- 1